**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT PAULETTA, | : | Civil No. 1:24-CV-01299 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER SANGUINITO, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>MEMORANDUM</u>

Before the court is the report and recommendation of United States

Magistrate Judge Sean A. Camoni recommending that Defendants' motions to

dismiss be granted and Plaintiff's second amended complaint be dismissed with

prejudice. (Doc. 42.) No party has filed objections to the report and

recommendation, resulting in the forfeiture of de novo review by this court. *Nara*

*v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d

874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording

"reasoned consideration" to the uncontested portions of the report, *EEOC v. City of*

*Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at

879), to "satisfy [the court] that there is no clear error on the face of the record,"

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Camoni's analysis is well-reasoned and fully supported by the record and

1

applicable law.  Accordingly, the court will adopt the report and recommendation, Doc. 42, grant the motion to dismiss filed by Defendants Officer Sanguinito and Andrew Parsons, Doc. 34, grant the motion to dismiss filed by Defendant Michael Carroll, Doc. 35, dismiss Plaintiff's second amended complaint with prejudice, Doc. 32, and close this case.  An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: March 2, 2026