# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT PAULETTA,                  :      Civil No. 1:24-CV-01299
                                  :
    Plaintiff,             :
                                  :
    v.                     :
                                  :
OFFICER SANGUINITO, *et al.*,     :
                                  :
    Defendants.            :      Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 2nd day of March, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 42, is **ADOPTED**.

2) Officer Sanguinito and Andrew Parsons' motion to dismiss, Doc. 34, is **GRANTED**.

3) Michael Carroll's motion to dismiss, Doc. 35, is **GRANTED**.

4) Plaintiff's second amended complaint, Doc. 32, is **DISMISSED WITH PREJUDICE**.

5) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania